**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRIAN BOLDEN**                                                                                    **PLAINTIFF**


**v.**                                       **Case No: 4:26-cv-00530-JM-PSH**


**ARKANSAS, *et al.***                                                                              **DEFENDANTS**

**ORDER**

Plaintiff Brian Bolden filed a *pro se* complaint, pursuant to 42 U.S.C. § 1983, on May 22, 2026 (Doc. No. 1).  On May 26, 2026, the Court entered an order directing Bolden to submit the full $405.00 filing and administrative fees or file a fully completed *in forma pauperis* ("IFP") application within 30 days.  *See* Doc. No. 2.  Bolden was cautioned that failure to comply with the Court's order within 30 days would result in the dismissal of his case.

More than 30 days have passed, and Bolden has not complied or otherwise responded to the May 26 order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE ORDERED THAT Bolden's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

DATED this 9th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE