**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRIAN BOLDEN**                                                                              **PLAINTIFF**

**v.**                                          **Case No: 4:26-cv-00530-JM**

**ARKANSAS,** *et al.*                                                                     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 9th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE